FILED
AUG 15 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:06CR210-MEF |
| ) | [18 U.S.C. § 1029(a)(3); |
| MELISSA WARD, ) | 18 U.S.C. § 1029(b)(2)] |
| a/k/a Melissa Foote ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

1. Beginning in or about October 2001 and continuing until in or about December 2001, the exact dates being unknown to the Grand Jury,

**MELISSA WARD,**

defendant herein, did knowingly and willfully conspire and agree with Kimberly Hopkins, Mary Scott, and other persons both known and unknown to the Grand Jury, to knowingly, and with intent to defraud, obtain and possess fifteen or more unauthorized access devices, as that term is defined in Title 18, United States Code, Sections 1029(e)(1) and (e)(2).

2. As part of this conspiracy, Ward and her coconspirators agreed to use an electronic device to obtain credit card account information from customer credit cards that were presented for payment at an Applebee's Restaurant in Phenix City, Alabama.

3. As overt acts within this conspiracy, Ward and her coconspirators obtained at least 20 unauthorized access devices from customer credit cards. These unauthorized access devices were then delivered to another coconspirator in exchange for money.

4.  The conspiracy described affected interstate commerce because it resulted in over 200 fraudulent transactions totaling over $10,000 in losses. Many of these fraudulent transactions took place outside of Alabama.

All in violation of Title 18, United States Code, Sections 1029(a)(3) and (b)(2).

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*Christopher Snyder*
CHRISTOPHER A. SNYDER
Assistant United States Attorney