AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

**MELISSA WARD aka MELISSA FOOTE**
**307 PRENTISS DRIVE**
**PHENIX CITY, AL 36869-7252**

## WARRANT FOR ARREST

Case Number: 3:06CR210-MEF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MELISSA WARD aka MELISSA FOOTE__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | Supervised Release Violation Petition | Violation Notice |

charging him or her with   (brief description of offense)

**PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE**

in violation of Title __18__ United States Code, Section(s) __1029(a)(3) and (b)(2)__

__DEBRA P. HACKETT__
Name of Issuing Officer

_Signature of Issuing Officer_ - DEPUTY CLERK   August 17, 2006
                                                  DATE

__CLERK OF COURT__
Title of Issuing Officer

MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $ __to be set at initial appearance__     BY __U.S. MAGISTRATE JUDGE__
                                                           Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |