IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-210-MEF |
| | ) | |
| MELISSA WARD | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed September 14, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Russell County Jail, Phenix City, Alabama, commanding it to deliver Melissa Ward to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on October 25, 2006, at 10:00 am, and to return the prisoner to said official when the court shall have finished with her.

Done this 14th day of September, 2006.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE