| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: October 25, 2006 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:51 - 11:00 | |

√ ARRAIGNMENT ❏ CHANGE OF PLEA ❏ CONSENT PLEA
❏ RULE 44(c) HEARING ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:06cr210-MEF-CSC   **DEFENDANT NAME:** Melissa Ward
**AUSA:** Christopher Snyder   **DEFENDANT ATTORNEY:** Chip Vercelli

Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing Panel Attorney Chip Vercelli. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √Not Guilty
   ❏ Guilty as to:
      ❏ Count(s):
      ❏ Count(s):         ❏ dismissed on oral motion of USA
               ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts
√CRIMINAL TERM:   11/27/06      ❏ WAIVER OF SPEEDY TRIAL filed.
         **DISCOVERY DISCLOSURE DATE:** 10/25/06
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
      ❏ Trial on _____; ❏ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
         ❏ Defendant requests time to secure new counsel