IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   3:06-cr-210-MEF |
| | ) | |
| MELISSA WARD | ) | |

RESPONSE TO MOTION TO CONTINUE
OR RESCHEDULE PRETRIAL CONFERENCE

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files its response to the Defendant's Motion to Continue or Reschedule Pretrial Conference, filed on or about October 26, 2006, as follows:

The Government has no objection to the Defendant's motion to reschedule the pretrial continuance and can be available for any of the Defendant's proposed hearing dates.

Respectfully submitted this the 26th day of October, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CR. NO.   3:06-cr-210-MEF |
| | ) | |
| **MELISSA WARD** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Charles Vercelli.

          Respectfully submitted,

          LEURA GARRETT CANARY
          UNITED STATES ATTORNEY


          /s/ Christopher A. Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney
          One Court Square, Suite 201
          Montgomery, Alabama 36104
          Telephone: (334) 223-7280
          Fax: (334) 223-7135
          E-mail: christopher.a.snyder@usdoj.gov