IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06CR210-MEF |
| | ) | |
| MELISSA WARD | ) | |

**ORDER**

Upon consideration of the motion to continue or reschedule pretrial conference filed by the defendant, it is

ORDERED that the motion to continue be and is hereby GRANTED. The pretrial conference presently set for 1:00 p.m. be and is hereby RESET to 4:00 p.m. on November 13, 2006, in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendant is in custody and desires to be present, not later than three days prior to the proceeding counsel for the defendant shall so notify the United States Marshal or the person having custody of the defendant who shall produce the defendant for the hearing.

Done this 31st day of October, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE