| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE : NOVEMBER 13, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 4:00 p.m. to 4:03 p.m. |

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 3:06CR210-MEF-CSC**     **DEFENDANT NAME: MELISSA WARD**

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. CHRISTOPHER SNYDER | ATTY. CHARLES VERCELLI |

---

√    **DISCOVERY STATUS:** Complete.

√    **PENDING MOTION STATUS:**  NONE.

√    **PLEA STATUS:**  Possible Plea.

√    **TRIAL STATUS:** Will take 1-2 days to try case if goes to trial.

√    **REMARKS:** Counsel advised to get notice of intent filed as soon as possible or let court know either way, what client want to do.