**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 3:06cr210-MEF** |
| | ) | |
| **MELISSA WARD** | ) | |

### DEFENDANT WARD'S NOTICE OF INTENT TO CHANGE PLEA

Defendant Ward hereby notifies the Court and Counsel that she intends to accept

the Plea Bargain agreement proferred by the United States Attorney, and gives notice that

she intends to change her plea to guilty.

Respectfully submitted this the 16th day of November, 2006.

/s/ C.E. Vercelli, Jr.
**Charles E. Vercelli, Jr.** (ASB-6085-V82C)
Attorney for Defendant Ward

**OF COUNSEL:**
Charles E. Vercelli, Jr.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
Tel:    (334) 834-8805
Fax:    (334) 834-8807
cvercelli@vercelli-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of the filing of this Motion to the following:

Chris Snyder
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

/s/ C.E. Vercelli, Jr.
**Of Counsel**

519-06\Notice of Intent Change Plea.1.wpd