IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 3:06CR210-MEF |
| | ) | |
| MELISSA WARD | ) | |

**ORDER**

Pursuant to the  defendant's *Notice of Intent to Change Plea* (Doc. #17) filed on

November 16, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for

**November 20,  2006**, at **9:00 a.m.,**  in **courtroom 4B**, United States Courthouse

Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If the

defendant is in custody, the United States Marshal or the person having custody of the

defendant shall produce the defendant for the proceeding.

Done this 16th day of November, 2006.


            /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE