| COURTROOM DEPUTY MINUTES | DATE: NOVEMBER 20, 2006 | FTR RECORDING: 9:11 – 9:32 |
|---|---|---|

MIDDLE DISTRICT OF ALABAMA  COURT REPORTER: Mitchell Reisner

- ☐ ARRAIGNMENT
- ✓ CHANGE OF PLEA
- ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING
- ☐ SENTENCING

| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
|---|---|
| CASE NUMBER: 3:06CR210-MEF-CSC | DEFENDANT NAME: MELISSA WARD |
| AUSA: ~~CHRISTOPHER SNYDER~~ Terry Moorer | DEFENDANT ATTY: CHARLES VERCELLI |
| | Type Counsel: ( ) Waived; ( ) Retained; (✓) Panel CJA; ( ) CDO |
| USPTS/USPO: | |
| Defendant ___ does  ✓ does NOT need and interpreter.  Name: | |

- ☐ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)
- ☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
- ☐ **WAIVER OF INDICTMENT** executed and filed.
- ☐ **FELONY INFORMATION** filed.
- ☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ☐ Not Guilty ☐ Nol Contendere ☐ Not Guilty by reason of insanity

✓ Guilty as to: ✓ Count(s) 1 of the **Indictment.**

☐ Count(s) _____ ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

- ✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ☐ No Plea Agreement entered ✓ Written plea agreement filed. ☐ **ORDERED SEALED.**
- ✓ **ORAL ORDER** Adjudicating defendant guilty.
- ☐ **ORDER:** Defendant Continued ☐ Same Conditions/Bond imposed by Mag. Judge;

  ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____;

  ☐ Sentencing on _____; ☐ to be set by Separate Order

- ✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

  ☐ Trial on _____; or ✓ Sentencing on _____ ✓ Set by separate Order.