## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CR. NO. 2:06cr210-MEF** |
| **MELISSA WARD,** ) | |
| a/k/a "Melissa Foote" ) | |

### RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING

The United States does not object to Defendant Melissa Ward's Motion to Continue Sentencing or her Motion to Extend her Deadline to File Objections to the Presentence Investigation Report, DE #23.

Respectfully submitted this the 31st day of January, 2007.

                                                          LEURA G. CANARY
                                                        UNITED STATES ATTORNEY

                                                        /s/ Christopher Snyder
                                                        CHRISTOPHER A. SNYDER
                                                        Assistant United States Attorney
                                                        Post Office Box 197
                                                        Montgomery, Alabama 36101-0197
                                                        334.223.7280
                                                        334.223.7135 fax
                                                        christopher.a.snyder@usdoj.gov

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR. NO. 2:06cr210-MEF |
| MELISSA WARD, | ) |
|     a/k/a "Melissa Foote" | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Charles E. Vercelli, Jr.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov