IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-210-MEF |
| | ) | |
| MELISSA WARD | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing and to Object to Presentence Report (Doc. #23) filed on January 24, 2007 and the response of the government thereto, it is hereby

ORDERED that the motion is GRANTED in PART and DENIED in part. The sentencing hearing set in this case on February 15, 2007 is continued to March 28, 2007 at 9:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

Counsel for the parties are directed to contact the Chief U.S. Probation Officer of this district to reschedule the date for meeting with the probation officer to discuss and resolve, if possible, factual and legal issues contained in the presentence report.

DONE this the 1st day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE