AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | Judgment — Page 2 of 6 |
|---|---|
| DEFENDANT: MELISSA WARD a/k/a MELISSA FOOTE | |
| CASE NUMBER: 3:06CR210-MEF | |

2008 MAY 29 P 3:59

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Fifteen (15) months. Defendant shall stand committed upon release from federal custody, thereby making this sentence consecutive to any sentence she is now serving in CC-06-467.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where mental health treatment is available and substance abuse counseling can be evaluated.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**MAY 30 2008**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

---

DEFENDANT DELIVERED ON 5-21-08
SURRENDERED ON _____
TO FCI TALLAHASSEE, FLORIDA
BY BOP BUS _____; ~~USM~~ Grun Co.SO.
BY: _____
For Inmate Systems Manager

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL